# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 2, 2025

Lyle W. Cayce
Clerk

No. 24-20536
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Eric Nelson Garcia-Aparicio,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CR-261-1

Before Smith, Stewart, and Duncan, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Eric Nelson Garcia-Aparicio has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Garcia-Aparicio has not filed a response. We have reviewed counsel's brief and the relevant portions of the record. We concur with

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-20536

counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.